UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

-------------------------------------------------------------------------X
**MARCELL PLAZA, on behalf of himself and all others similarly situated,**

                          **Plaintiff,**

                          **-against-**

**OLA GROUP LLC d/b/a OLA ORANGE, LOPEZ LLC d/b/a OLA WALLINGFORD, MELVIN LOPEZ, and WAGNER LOPEZ,**

                          **Defendants.**
-------------------------------------------------------------------------X

Civ. Action No.:
3:18cv0612 (WWE)

MAY 9, 2018

## MOTION FOR ADMISSION OF LOUIS PECHMAN *PRO HAC VICE*

Pursuant to Local Rule 83.1(d)1, as revised, the undersigned member of the bar of this Court hereby moves that Louis Pechman, Esq. of Pechman Law Group PLLC, be permitted to appear in this matter *pro hac vice* on behalf of Plaintiff, Marcel Plaza, individually and on behalf of other similarly situated individuals. The accompanying Affidavit of Louis Pechman in support of this motion sets forth Mr. Pechman's contact information, bar memberships, admissions and/or discipline information, and knowledge of the rules of this Court.

Based on the attached affidavit, undersigned counsel represents that Mr. Pechman appears to satisfy all of the Court's requirements to be permitted to represent the Plaintiffs in this matter. Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Pechman as a visiting lawyer for that purpose.

The $75.00 fee for Mr. Pechman's admission is submitted with this motion via electronic payment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

.**WHEREFORE**, the undersigned counsel respectfully requests that this Court admit the above counsel to practice before this Court for the purpose of this case.

        Respectfully submitted,

        Plaintiff Marcell Plaza, individually and
        on behalf of all others similarly situated

By:     *//s// William G. Madsen*
      William G. Madsen (ct09853)
      Madsen Presley & Parenteau, LLC
      402 Asylum Street
      Hartford, CT 06103
      Tel:  860-246-2466   Fax:  860-246-1794
      wmadsen@mppjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2018, a copy of the foregoing with all attachments was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      *//s//    William G. Madsen*
      William G. Madsen

UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

------------------------------------------------------------------------X
MARCELL PLAZA, on behalf of himself and all others  :
similarly situated,                                 :
                                                    :
                                   Plaintiff,      :   Civ. Action No.:
                                                    :   3:18cv0612 (WWE)
                -against-                        :
                                                    :   MAY 9, 2018
OLA GROUP LLC d/b/a OLA ORANGE, LOPEZ LLC           :
d/b/a OLA WALLINGFORD, MELVIN LOPEZ,                :
and WAGNER LOPEZ,                                   :
                                                    :
                                 Defendants.     :
------------------------------------------------------------------------X

## O R D E R

William G. Madsen, Esq., a member of the bar of this Court, having moved for the admission of Louis Pechman, Esq., as a visiting lawyer for the purpose of representing the Plaintiff, Marcell Plaza, and all class members as well as all other plaintiffs who opt-in to this action, and it appearing that the motion is in conformity with Local Rule 83.l(d)1, it is hereby **ORDERED** that the motion is **GRANTED**.

Dated at Bridgeport, Connecticut on this ___ day of May, 2018.

                                                                                            _____
                                                                                            Warren W. Eginton, Judge